**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
   Attorneys for Gatski Commercial Real Estate Services

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA McCOURT,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GATSKI COMMERCIAL REAL ESTATE SERVICES and ACCORD HUMAN RESOURCES, INC.,<br><br>                    Defendants. | Case No.:    2:14-cv-01911-JCM-PAL |

## STIPULATION AND ORDER TO CONTINUE ENE HEARING

Defendant Gatski Commercial Real Estate Services, by and through its counsel of record, Nick D. Crosby, Esq. of the law firm of Marquis Aurbach Coffing, and Plaintiff Patricia McCourt, by and through her counsel of record, Richard Segerblom, Esq. and Kristina S. Holman, Esq., hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED that the Early Neutral Evaluation Session currently set for Wednesday, April 8, 2015 be continued due to the unavailability of counsel and required party representatives.

/ / /

/ / /

MAC:02473-220 2476853_1 3/25/2015 1:43 PM

1    IT IS FURTHER STIPULATED that the Early Neutral Evaluation Session be continued

2 until Tuesday, May 26, 2015 at 9:00 a.m.

3 Dated this  25th  day of March, 2015.                          Dated this  25th  day of March, 2015.

4 **MARQUIS AURBACH COFFING**                          **RICHARD SEGERBLOM, LTD.**

6 By: /s/ Nick D. Crosby                                         By: /s/ Kristina S. Holman
    Nick D. Crosby, Esq.                                            Richard Segerbloom, Esq.
    Nevada Bar No. 8996                                              Nevada Bar No. 1010
7
    10001 Park Run Drive                                             Kristina S. Holman, Esq.
8
    Las Vegas, NV 89145                                              Nevada Bar No. 3742
    *Counsel for Defendant,*                                         700 South Third Street
9
    *Gatski Commercial Real Estate Services*                         Las Vegas, NV 90101
                                                                     *Counsel for Plaintiff,*
10
                                                                     *Patricia McCourt*

### ORDER

IT IS SO ORDERED this  26th  day of ___March___, 2015.

The written evaluation statements shall be due on May 19, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816