# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA McCOURT, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-01911-JCM-PAL |
| vs. | ) **ORDER** |
| GATSKI COMMERCIAL REAL ESTATE SERVICES and ACCORD HUMAN RESOURCES, INC., | )<br>)<br>) |
| Defendants. | ) |

This matter is before the Court on Defendant Gatski Commercial Real Estate Services' Request for Exemption from Attendance Requirement (#17), filed on March 30, 2015. To date, no response has been filed, and the deadline has now passed.

The Defendant represents that the Specialist assigned by Philadelphia Insurance Companies, Richard Lamere, lives in Pennsylvania, and would add no real benefit to the ENE process. The Defendant requests that Mr. Lamere be allowed to make a telephonic appearance in lieu of physical attendance. The owner of Gatski and an additional representative will be present at the ENE, and will be able to contact Mr. Lamere on the phone. The Defendant has sufficiently established good cause for Mr. Lamere to be excused. Accordingly,

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Gatski Commercial Real Estate Services' Request for Exemption from Attendance Requirement (#17) is **granted**. Mr. Lamere will not be required to personally appear.

**DATED** this 14th day of April, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge