# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICIA McCOURT,

    Plaintiff,

vs.

GATSKI COMMERCIAL REAL ESTATE SERVICES and ACCORD HUMAN RESOURCES, INC.,

    Defendants.

Case No. 2:14-cv-01911-JCM-PAL

**ORDER**

    This matter is before the Court on Defendant Accord Human Resources, Inc.'s Motion for Waiver of Attendance at ENE (#23), filed on April 27, 2015. To date, no response has been filed, and the deadline has now passed.

    Defendant requests that Defendant's insurance carrier representative be excused from personal attendance. Representative Rebecca Brenia lives in Connecticut, and traveling to attend the ENE session will cause her hardship and impose additional cost. The Defendant requests that Ms. Brenia be allowed to make a telephonic appearance if necessary in lieu of physical attendance. Douglas Riegelhuth, Accord's Vice President and Associate General Counsel, will be able to answer questions on Defendant Accord's behalf. Defendant Accord has sufficiently established good cause for the waiver of attendance. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant Accord Human Resources, Inc.'s Motion for Waiver of Attendance at ENE (#23) is **granted**. Rebecca Brenia will not be required to personally appear.

**DATED** this 12th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge